# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANCARIBE LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COBRA INTERNATIONAL, INC.,<br><br>　　　　Defendant,<br><br>　and<br><br>COBRA INTERNATIONAL, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>CANCARIBE LIMITED,<br><br>　　　　Counterclaim-Defendant. | Case No. CV-07-4182 GAF (Ex)<br><br>**JOINT STIPULATION DISMISSING CLAIMS WITH PREJUDICE**<br><br>Judge:　Gary Allen Feess |

Cancaribe Limited ("Cancaribe") and Cobra International, Inc. ("Cobra") have executed a Settlement Agreement and General Release ("Agreement and Release") for all remaining matters in controversy and have agreed that all remaining claims in this action should be dismissed with prejudice. Accordingly, counsel for Cancaribe and Cobra have met and conferred and hereby stipulate, subject to the Court's approval, that:

　　　　(1)　All of Cancaribe's claims against Cobra shall be dismissed with prejudice;

　　　　(2)　All of Cobra's claims against Cancaribe shall be dismissed with prejudice;

　　　　(3)　The Court shall retain jurisdiction to resolve any dispute arising out of

or relating in any way to the Agreement and Release; and

        (4)    Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: September 18, 2012        **FOLEY & LARDNER LLP**

By: /s/ Kadie M. Jelenchick
Kadie M. Jelenchick (admitted *pro hac vice*, Wisconsin Bar No. 1056506)
E-mail: kjelenchick@foley.com
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-5306
Telephone: 414.271.2400
Facsimile: 414.297.4900

Attorneys for Plaintiff and Counterclaim-Defendant, **CANCARIBE LIMITED**

DATED: September 18, 2012        **OLTMAN FLYNN & KUBLER**

By: /s/ Francis L. Kubler
Francis L. Kubler (admitted *pro hac vice*)
E-mail: oltman@bellsouth.net
406 Galleria Professional Building
915 Middle River Drive
Fort Lauderdale, FL 33304-3585
Telephone: 954.563.4814
Facsimile: 954.563.1226

Attorneys for Defendant and Counterclaim-Plaintiff, **COBRA INTERNATIONAL, INC.**

Concurrence in the filing of this document has been obtained from Mr. Kubler, the signatory listed above.

| | |
|---|---|
| DATED: September 18, 2012 | By: /s/ Kadie M. Jelenchick |
| | Kadie M. Jelenchick (admitted *pro hac vice*, Wisconsin Bar No. 1056506) |
| | E-mail: kjelenchick@foley.com |
| | 777 East Wisconsin Avenue |
| | Milwaukee, Wisconsin 53202-5306 |
| | Telephone: 414.271.2400 |
| | Facsimile: 414.297.4900 |
| | |
| | Attorneys for Plaintiff and Counterclaim-Defendant, **CANCARIBE LIMITED** |